FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 29 PM 12:39

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CR407-165 |
| CHARLES KEVIN KERTELL, | ) |
| Defendant. | ) |

## ORDER

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, all pretrial motions are hereby moot, and a hearing in this case is deemed unnecessary.

SO ORDERED, this 29T day of August, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA